UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

TODD D'ANTONI,
        Petitioner-Appellant,

vs.                                                                        Case No. 16-cv-398

UNITED STATES OF AMERICA,

        Respondent-Appellee.
_____

## NOTICE OF APPEAL

Todd D'Antoni, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) & 4(a)(1)(B) that he appeals the order and judgment denying his petition for relief under 28 U.S.C. § 2255. The judgment was imposed on January 18, 2018, in the United States District Court for the Western District of Wisconsin, the Honorable William M. Conley presiding. Mr. D'Antoni takes this appeal to the United States Court of Appeals for the Seventh Circuit.

The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 & Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2255 petition.

With this notice of appeal, Mr. D'Antoni also files the docketing statement required by Circ. Rule 3 (7th Cir.), combined with a Cir. Rule 26.1 disclosure statement. Mr. D'Antoni also files a motion to proceed *in forma pauperis* on appeal.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Madison, Wisconsin this 16th day of February, 2018.

>Respectfully submitted,
>Todd D'Antoni, Petitioner
>
>*/s/ Shelley M. Fite*
>Shelley M. Fite
>
>FEDERAL DEFENDER SERVICES
> OF WISCONSIN, INC.
>22 East Mifflin Street, Suite 1000
>Madison, WI 53703
>Tel: 608-260-9900
>Fax: 608-260-9901
>shelley_fite@fd.org